## In re KELLER.

(Court of Appeals of District of Columbia. Submitted January 12, 1922. Decided February 6, 1922.)

No. 1467.

**Patents ⬤⟿66—Rejection of claims as obvious changes of construction under previous patent affirmed.**

Rejection by the Patent Office of two claims for an auxiliary automobile windshield to be adjusted to the side frame of an ordinary windshield consisting of an improvement over a similar windshield shown in a previous patent to applicant, on the ground that the claims represented obvious changes in the construction shown in the patent, *held* correct

Appeal from the Commissioner of Patents.

Application for a patent by Clarence D. Keller. From a decision of the Patent Office refusing two claims, the applicant appeals. Affirmed.

A. B. Cushman and John J. Darby, Jr., both of Washington, D. C., for applicant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

ROBB, Associate Justice. This appeal is from a Patent Office decision refusing two claims for an auxiliary automobile windshield adapted to be adjusted to the side frame of an ordinary windshield, and constituting in some respects an improvement over a similar windshield shown in a patent issued to applicant. The Patent Office rejected these claims as representing obvious changes in the construction shown in the patent.

For the reasons stated in detail by the tribunals of the Patent Office, which we need not restate here, the decision is affirmed.

Affirmed.

Mr. Justice HOEHLING, of the Supreme Court of the District of Columbia, sat in the place of Mr. Chief Justice SMYTH in the hearing and determination of this appeal.